JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL ALLIANCE ASSOCIATES, INC., | CV 16-2379 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LORELEI MOONEY, et al., | |
| Defendants. | |

Pursuant to the Court's September 7, 2016, Minute Order granting the Motion to Compel Arbitration filed by defendants Lorelei Mooney, as trustee and on behalf of the Herbert and Helen Schweiger Trust dated November 5, 2002, and Robert Schmeideke (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice and Defendants shall recover their costs of suit.

DATED: September 7, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE