**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL ALLIANCE ASSOCIATES, INC., | CV 16-2379 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LORELEI MOONEY, et al., | |
| Defendants. | |

Pursuant to the Memorandum issued on September 14, 2017, by the U.S. Court of Appeals for the Ninth Circuit directing entry of judgment for plaintiff Royal Alliance Associates, Inc. ("Plaintiff"),

1. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Lorelei Mooney, as trustee and on behalf of the Herbert and Helen Schweiger Trust dated November 5, 2002 and Robert Schmiedeke ("Defendants") cannot compel Plaintiff to defend against claims brought by Defendants in <u>Lorelei Mooney, as trustee and on behalf of the Herbert and Helen Schweiger Trust dated November 5, 2002, et al. v. Jeffrey J. Cannella, et al.</u>, FINRA Claim No. 16-00746, now consolidated with <u>Lorelei Mooney, as trustee, et al. vs. Tweed Financial Services, Inc., et al.</u>, FINRA Case No. 14-02936.

2. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Compel Arbitration and Request for Stay of Proceeding is Denied.

3. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment in its favor.

4. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall recover its costs of suit.

DATED: October 30, 2017

                                                  Percy Anderson
                                   UNITED STATES DISTRICT JUDGE